# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1985
_____

United States of America

*Plaintiff - Appellee*

v.

Terry Lee Douglas, III

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: November 3, 2021
Filed: November 8, 2021
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Terry Douglas appeals the sentenced imposed by district court[1] after he pleaded guilty to a drug offense. His counsel has moved for leave to withdraw, and has filed

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erred in applying a sentencing enhancement for his role in the offense.

Upon careful review, we conclude that the district court properly found that the role enhancement was applicable to Douglas. <u>See</u> <u>United States v. Maupin</u>, 3 F.4th 1009, 1016 (8th Cir. 2021) (terms "manager" and "supervisor" are construed broadly; defendant may be subject to this enhancement even if he managed or supervised only one other participant and even if management was limited to a single transaction); <u>United States v. Denson</u>, 967 F.3d 699, 708 (8th Cir. 2020) (noting that this court has upheld 3-level enhancement where defendant's sister delivered drugs to buyers who placed orders with defendant).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____